Raymond J. Capelovitch, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for respondent.

Before MOONEY, P.J., SIMON and SULLIVAN, JJ.

## ORDER

PER CURIAM.

Defendant Jeffrey Jamison appeals the judgment of conviction entered for two counts of first-degree murder, section 565.020, RSMo 1994, and two counts of armed criminal action, section 571.015, RSMo 1994. We have reviewed the briefs of the parties and the record on appeal and find no error of law. An extended opinion would serve no jurisprudential purpose. We have, however, provided a memorandum opinion for the use of the parties only setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 30.25(b).

Jeremiah W. (Jay) Nixon, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, MO, for respondent.

Emmett D. Queener, Columbia, MO, for appellant.

Before MARY K. HOFF, C.J., KATHIANNE KNAUP CRANE, J., and ROBERT E. CRIST, Sr. J.

## *ORDER*

PER CURIAM.

Defendant appeals after being resentenced on a conviction obtained in the Circuit Court of Marion County for attempt to manufacture methamphetamine. In accord with our mandate he was sentenced on the offense as a class C felony and as a prior and persistent offender to twenty years in the custody of the Department of Corrections. No error of law appears and no jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 30.25(b).

STATE of Missouri,
Plaintiff/Respondent,

v.

Elisha J. DAVIS, Defendant/Appellant.

No. ED 77084.

Missouri Court of Appeals,
Eastern District,
Division Five.

Nov. 28, 2000.

STATE of Missouri,
Plaintiff/Respondent,

v.

Terry BOYD, Defendant/Appellant.

No. ED 76901.

Missouri Court of Appeals,
Eastern District,
Division Five.

Nov. 28, 2000.